UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andre L. Kydala Esq

PO Box 5537

Clinton NJ 08809

ALK2393

Order Filed on August 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  BRET KLINGENER

Case No.:     ___18-26269_____

Chapter:     ___13_____

Judge:     _RG_____

Hearing Date 09/11/2018 @ 10:00 a.m

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 30, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of \_THE DEBTOR_____ for a reduction of time for a hearing on \_\_A MOTION TOCONTINUE THE STAY\_\_\_\_ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on \_\_\_\_September 11, 2018\_\_\_\_ at 10:00 am in the United States Bankruptcy Court, _____, Courtroom No. 2 ³⁻ᵉ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: \_\_\_\_\_Chapter 13 trustee\_\_\_\_listed on the notice of motiom

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☒ fax,  ☐ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within \_\_\_1\_\_\_\_ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*Rev.2/1/16*