FILED
JEANNE A. NAUGHTON, CLERK

SEP 11 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| LAW FIRM OF |
| ANDRE L. KYDALA |
| 54 Old Highway 22 |
| P.O. Box 5537 |
| Clinton, New Jersey 08809 |
| Phone: (908) 735-2616 |

In Re: Bret Klingener

Debtor.

Case No.: ~~18-26296~~ 18-26269

Hearing Date: 9-11-18

Judge:

## ORDER CONTINUING THE AUTOMATIC STAY

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

9-11-18

_____
USBJ

(Page 2)

Debtor: Bret Klingener

Case No.: ~~18-26296~~ 18-26269

Caption of Order: ORDER CONTINUING AUTOMATIC STAY

---

The within matter having come before the Court by way of Motion by the Debtor : Brett Klingener continue the automatic stay in order to reorganize the arrears that exist in their home mortgage,

IT IS ORDERED as follows:

The automatic stay is hereby continued as to QUICKEN LOANS