**FILED**
JEANNE A. NAUGHTON, CLERK

SEP 11 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| LAW FIRM OF |
| ANDRE L. KYDALA |
| 54 Old Highway 22 |
| P.O. Box 5537 |
| Clinton, New Jersey 08809 |
| Phone: (908) 735-2616 |

In Re: Bret Klingener

Debtor.

Case No.: ~~18-26296~~ 18-26269

Hearing Date: 9-11-18

Judge:

## ORDER CONTINUING THE AUTOMATIC STAY

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**.

_____
USBJ

9-11-18

(Page 2)

Debtor: Bret Klingener

Case No.: ~~18-26296~~ 18-26269

Caption of Order: ORDER CONTINUING AUTOMATIC STAY

---

The within matter having come before the Court by way of Motion by the Debtor : Brett Klingener continue the automatic stay in order to reorganize the arrears that exist in their home mortgage,

IT IS ORDERED as follows:

The automatic stay is hereby continued as to QUICKEN LOANS

United States Bankruptcy Court
District of New Jersey

In re:  
Bret Klingener  
    Debtor

Case No. 18-26269-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 12, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.  
db          +Bret Klingener,    221 Lake Dr,    Stanhope, NJ 07874-3009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:  
        Andre L. Kydala    on behalf of Debtor Bret   Klingener kydalalaw@aim.com,  kydalalaw@aim.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 4