Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26269−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bret Klingener
   221 Lake Dr
   Stanhope, NJ 07874

Social Security No.:
   xxx−xx−9984

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/19/18 at 10:00 AM

to consider and act upon the following:

*31* − Objection to Application for Retention of Professional (related document:29 Application For Retention of Professional weichert as realtor Filed by Andre L. Kydala on behalf of Bret Klingener. Objection deadline is 11/8/2018. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order) filed by Debtor Bret Klingener) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 11/6/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court